IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLIE SUE ATKINSON, and DAVID A. MASCHO, | : : : : | Civil Action No. 4:14-CV-1597 |
| Plaintiff, | : : | (Judge Brann) |
| v. | : : | (Magistrate Judge Carlson) |
| JUDGE JAMES CARLSON, *et. al.*, | : : : | |
| Defendants. | : | |

## ORDER

December 3, 2014

The undersigned has given full and independent consideration to the August 18, 2014 report and recommendation of Chief Magistrate Judge Martin C. Carlson. ECF No. 6.  In response, Plaintiffs filed a document that the court will construe as objections to the report and recommendation.   ECF No. 7.

Judge Carlson's analysis is thorough; the Court will conserve judicial resources and adopt the report and recommendation in its entirety without further comment.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The August 18, 2014 report and recommendation of Magistrate Judge Martin C. Carlson is ADOPTED. ECF No. 6.

2. The complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

3. The clerk is directed to close the case file.

                    BY THE COURT:

                    s/ Matthew W. Brann
                    Matthew W. Brann
                    United States District Judge